# ELECTRONIC RECORD

687-15
688-15
689-15

COA # 12-14-00205-CR      OFFENSE: 3

STYLE: Charles Edward Lusk v. The State of Texas      COUNTY: Smith

COA DISPOSITION: AFFIRMED      TRIAL COURT: 241st District Court

DATE: 4/30/2015      Publish: NO   TC CASE #: 241-0127-14

## IN THE COURT OF CRIMINAL APPEALS

687-15
688-15
689-15

STYLE: Charles Edward Lusk v. The State of Texas      CCA #: _____

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____refused_____      JUDGE: _____

DATE: July 29, 2015      SIGNED: _____      PC: _____

JUDGE: PC      PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**